HARGRAVES MILLS, Respondent, *v.* WILLIAM S. GORDON, Appellant.

*Hargraves Mills* v. *Gordon*, 137 App. Div. 695, affirmed.
(Argued October 10, 1911; decided October 24, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 8, 1910, reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial in an action on contract.

*Charles E. Rushmore* and *Walter D. Clark* for appellant.

*Wallace Macfarlane, Charles O. Brewster* and *S. J. Rosensohn* for respondent.

Order affirmed and judgment absolute ordered against appellant on the stipulation, with costs in all courts; no opinion.

Concur: CULLEN, Ch. J., VANN, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.